# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>**Elizabeth Alcaraz**<br>    Defendant. | Case No.: 13-MJ-51<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

FILED JAN 10 2013 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA DEPUTY

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District of California** for alleged violation(s) of the terms and conditions of his/her [probation] (**supervised release**); and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (✓) The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **nature of viol. allegations, absence of info re current background**

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior criminal history, failure to comply with mental health requirements.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/10/13

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE